1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant AMANUEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-0643 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE ON SUPERVISED |
| v. | ) | RELEASE VIOLATION PETITION |
| | ) | |
| HIRUY AMANUEL, | ) | Date:    September 21, 2012 |
| | ) | Time:    9:30 a.m. |
| Defendant. | ) | Court:   Hon. Donna M. Ryu |

The above-captioned matter is set on September 21, 2012 before this Court for a status hearing regarding the pending Petition for Summons for Offender Under Supervision. The parties, including Mr. Amanuel's probation officer, have conferred about this matter and are asking that the case be taken off this Court's calender and moved to November 2, 2012 at 9:30 a.m. Mr. Amanuel has been working, attending counseling, and abiding by all conditions of his supervision. The parties ask to return on November 2 to continue to monitor Mr. Amanuel's

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 2, 2012
No. CR-09-0643 SBA

progress and to consider whether terminating Mr. Amanuel for supervision would be appropriate at that time.

DATED: September 19, 2012

  /s/ Maureen Bessette                          /s/ Ned Smock
MAUREEN BESSETTE                         NED SMOCK
Assistant United States Attorney       Counsel for Hiruy Amanuel
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 2, 2012
No. CR-09-0643 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0643 SBA |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 2, 2012 |
| v. | ) ) | |
| HIRUY AMANUEL, | ) ) | Date: September 21, 2012 |
| Defendant. | ) ) | Time: 9:30 a.m. Court: Hon. Donna M. Ryu |

For the reasons stated above, **IT IS HEREBY ORDERED** that the status conference regarding the pending Petition for Summons for Offender Under Supervision is continued to November 2, 2012 at 9:30 a.m. before Magistrate Judge Donna M. Ryu.

DATED: 09/19/12

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 2, 2012
No. CR-09-0643 SBA