STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant AMANUEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> HIRUY AMANUEL, <br> Defendant. | No. CR-09-0643 SBA <br><br> STIPULATED REQUEST TO DISMISS FORM 12 AND TERMINATE SUPERVISED RELEASE |

The above-captioned matter is set on November 2, 2012 before Magistrate Judge Ryu for a status hearing regarding the pending Petition for Summons for Offender Under Supervision ("Form 12"). The parties, including Mr. Amanuel's probation officer, have conferred about this matter. The Form 12 was filed on July 12, 2012 alleging an incident involving excessive alcohol consumption. Since that time, Mr. Amanuel has been going to probation-mandated counseling regularly, attending Alcoholics Anonymous independently, and working a full time job. His supervised release term was otherwise scheduled to end more than two months ago. In light of

Mr. Amanuel's progress, United States Probation and the government move to dismiss the petition and terminate Mr. Amanuel's one-year term of supervised release. The defense has no objection.

DATED: November 1, 2012

_/s/ Maureen Bessette_
MAUREEN BESSETTE
Assistant United States Attorney
Counsel for United States

_/s/ Jennifer Hutchings_
JENNIFER HUTCHINGS
United States Probation

_/s/ Ned Smock_
NED SMOCK
Assistant Federal Public Defender
Attorney for Hiruy Amanuel

STIP. REQ. TO DISMISS FORM 12 AND TERM. SUP. REL.
No. CR-09-0643 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0643 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING |
| v. | ) ) | STIPULATED REQUEST TO DISMISS FORM 12 AND TERMINATE |
| HIRUY AMANUEL, | ) ) | SUPERVISED RELEASE |
| Defendant. | ) ) ) ) | |

For the reasons stated above, **IT IS HEREBY ORDERED** that the pending Petition for Summons for Offender Under Supervision is dismissed on the motion of the government and United States Probation. The defendant's one-year term of supervised release (which had been scheduled to end more than two months ago) is terminated. The November 2, 2012 status conference before Magistrate Judge Ryu regarding the pending Petition for Summons for Offender Under Supervision may be taken off calendar.

DATED: 11/1/12

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO DISMISS FORM 12 AND TERM. SUP. REL.
No. CR-09-0643 SBA